UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.,Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
M&T Bank

In Re:

Kenneth Butler & Kathleen Butler,

Debtors.

| | |
|---|---|
| Case No.: | 17-24718-JNP |
| Adv. No.: | |
| Chapter: | 13 |
| Hearing Date: | 1/30/2018 |
| Judge: | Poslusny |

### ADJOURNMENT REQUEST FOR CHAPTER 13

1.    I,                Denise Carlon, Esq.                ,

   ☒    am the attorney for:                          M&T Bank

   ☐    am self-represented

   Phone number:             201-549-2363

   Email address:        dcarlon@kmllawgroup.com

2.    I request an adjournment of the following hearing:

   Matter:                        Motion for Relief from Stay

   Current hearing date and time:                1/30/18

   New date requested:                2/20/2018

   Reason for adjournment request:  To allow the parties additional time to resolve this

    matter amicably.

3.       I request an adjournment of confirmation:

Current confirmation date and time: _____

New date requested: _____

Reason for adjournment request: _____

_____

Confirmation has been adjourned _____ previous times

Trustee payments are current through _____

The meeting of creditors under § 341(a) of the Code  ☐ was conducted  ☐ was not conducted

4.       Consent to adjournment:

☒  I have the consent of all parties.      ☐  I do not have the consent of all parties (explain

below):  _____

_____

_____

I certify under penalty of perjury that the foregoing is true.

Date: _01/25/2018_____          /s/ Denise Carlon_____
                                                              Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT
REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:** _____

The request for adjournment is:

☒  Granted            New hearing date: ___2/20/2018 at 10 am___          ☐  Peremptory

☐  Granted over objection(s)  New hearing date: _____          ☐  Peremptory

☐  Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic
filers of the new hearing date.**

*rev.10/1/15*