```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
```

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.,Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
M&T Bank

In Re:

Kenneth Butler & Kathleen Butler,

Debtors.

| | |
|---|---|
| Case No.: | 17-24718-JNP |
| Adv. No.: | |
| Chapter: | 13 |
| Hearing Date: | 3/6/2018 |
| Judge: | Poslusny |

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, _Denise Carlon, Esq._,

   ☒ am the attorney for: _M&T Bank_

   ☐ am self-represented

   Phone number: _201-549-2363_

   Email address: _dcarlon@kmllawgroup.com_

2. I request an adjournment of the following hearing:

   Matter: _Motion for Relief from Stay_

   Current hearing date and time: _3/6/2018_

   New date requested: _3/21/2018_

   Reason for adjournment request: _To allow the parties additional time to resolve this matter amicably. The last request was meant to be for 3/21/2018._

3.     I request an adjournment of confirmation:

    Current confirmation date and time: _____

    New date requested: _____

    Reason for adjournment request: _____

    _____

    Confirmation has been adjourned _____ previous times

    Trustee payments are current through _____

    The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4.     Consent to adjournment:

    ☒ I have the consent of all parties.     ☐ I do not have the consent of all parties (explain below): _____

_____

_____

I certify under penalty of perjury that the foregoing is true.

Date: 3/2/2018                        /s/ Denise Carlon
                                        Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted     New hearing date: 3/20/2018 at 10 am     ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*