UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue
Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
M&T BANK

**Order Filed on April 2, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:
    Kathleen M. Butler, Kenneth M. Butler,

Debtor.

Case No.: <u>17-24718 JNP</u>

Adv. No.:

Hearing Date: 4/25/2017 @ 10:00 a.m.

Judge: <u>Jerrold N. Poslusny, Jr.</u>

## ORDER CURING POST-PETITION ARREARS AND RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: April 2, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Kathleen M. Butler, Kenneth M. Butler
Case No: 17-24718 JNP
Caption of Order: ORDER CURING POST-PETITION ARREARS AND RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, MTGLQ, L.P., Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 248 Nabb Avenue, Millville, NJ, 08332, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Brad J. Spiller, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of March 22, 2018, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due November 2017 through March 2018 for a total post-petition default of $6,079.60 (5 @ $1,215.92); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $6,079.60 shall be added to the affidavit of amount due and paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume April 1, 2018, directly to Secured Creditor, M&T Bank, Payment Processing, P.O. Box 1288, Buffalo, NY 14240-1288 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtor's Chapter 13 plan;

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:
Kenneth M. Butler
Kathleen M. Butler
    Debtors

Case No. 17-24718-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Apr 02, 2018
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2018.
db/jdb     +Kenneth M. Butler,    Kathleen M. Butler,    248 Nabb Ave,    Millville, NJ 08332-4930

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2018            Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2018 at the address(es) listed below:
       Andrew Thomas Archer    on behalf of Joint Debtor Kathleen M. Butler aarcher@brennerlawoffice.com,
        bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
       Andrew Thomas Archer    on behalf of Debtor Kenneth M. Butler aarcher@brennerlawoffice.com,
        bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
       Brad J. Spiller    on behalf of Debtor Kenneth M. Butler bankruptcy@brennerlawoffice.com,
        aarcher@brennerlawoffice.com
       Brad J. Spiller    on behalf of Joint Debtor Kathleen M. Butler bankruptcy@brennerlawoffice.com,
        aarcher@brennerlawoffice.com
       Denise E. Carlon    on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
        bkgroup@kmllawgroup.com
       Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
       Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
        summarymail@standingtrustee.com
       Rebecca Ann Solarz    on behalf of Creditor   M&T Bank rsolarz@kmllawgroup.com
       Rebecca Ann Solarz    on behalf of Creditor   M&T BANK rsolarz@kmllawgroup.com
       Robert P. Saltzman    on behalf of Creditor   M&T Bank dnj@pbslaw.org
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                        TOTAL: 11