UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

46339
Morton & Craig LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Wells Fargo Bank, N.A. d/b/a
Wells Fargo Dealer Services
JM-5630

In Re:

KENNETH M. BUTLER
KATHLEEN M. BUTLER

Order Filed on June 13, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-24718 (JNP)

Adv. No.:

Hearing Date: 5-22-18

Judge: JNP

# ORDER FOR ARREARAGE CURE, REGULAR MONTHLY PAYMENTS, STAY RELIEF AND CO-DEBTOR RELIEF UNDER CERTAIN CIRCUMSTANCES, INSURANCE, AND COUNSEL FEES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: June 13, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Kenneth and Kathleen Butler**
**17-24718 (JNP)**
**Order Providing for Arrearage Cure, Regular Monthly Payments, Stay Relief And Co-Debtor Relief under Certain Circumstances, Insurance, and Counsel Fees**
**(Page 2)**

This matter having been brought on before this Court on a Motion For Stay Relief And Co-Debtor Relief filed by John R. Morton, Jr., Esq, attorney for Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Services, with the appearance of Andrew T. Archer, Esq. on behalf of the Debtors, and this Order having been filed with the Court and served upon the Debtors and their attorney under the seven-day rule with no objections having been received as to the form or entry of the Order, and for good cause shown;

IT IS ORDERED:

1. That Wells Fargo Dealer Services ("Wells Fargo") is the holder of a first purchase money security interest encumbering a 2012 Honda Civic bearing serial number 2HGFB2F57CH571182 (hereinafter the "vehicle").

2. That the Debtors' account has post-petition arrears through May 2018 in the amount of $1,189.20.

3. That the Debtors are to cure this arrearage and bring their account current post-petition (including the June 2018 payment) by June 30, 2018 or Wells Fargo shall be entitled to stay relief and co-debtor relief as to the co-debtor Judith Chadwick by filing a certification of nonpayment and serving it upon the Debtors and their attorney.

4. That commencing July 2018, the Debtors shall make all loan payments when due, being the 17th day of each month. In the event the Debtors fail to make any payment for a period of thirty (30) days after it falls due, Wells Fargo shall be entitled to stay relief and co-debtor relief as to the co-debtor Judith Chadwick by filing a certification of nonpayment and serving it upon the Debtors and their attorney.

5. That the Debtors shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract. Wells Fargo Dealer Services, Inc. shall be listed as loss payee. In the event of a lapse of insurance for any period of time without intervening coverage, Wells Fargo shall be entitled to stay relief and co-debtor relief as to the co-debtor Judith Chadwick by filing a certification of default/no insurance and serving it upon the Debtors and their attorney.