UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

46339
Morton & Craig LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Wells Fargo Bank, N.A. d/b/a
Wells Fargo Dealer Services
JM-5630

In Re:

KENNETH M. BUTLER
KATHLEEN M. BUTLER

Order Filed on June 13, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-24718 (JNP)

Adv. No.:

Hearing Date: 5-22-18

Judge:  JNP

## ORDER FOR ARREARAGE CURE, REGULAR MONTHLY PAYMENTS, STAY RELIEF AND CO-DEBTOR RELIEF UNDER CERTAIN CIRCUMSTANCES, INSURANCE, AND COUNSEL FEES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: June 13, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Kenneth and Kathleen Butler**
**17-24718 (JNP)**
**Order Providing for Arrearage Cure, Regular Monthly Payments, Stay Relief And Co-Debtor**
**Relief under Certain Circumstances, Insurance, and Counsel Fees**
**(Page 2)**

This matter having been brought on before this Court on a Motion For Stay Relief And Co-Debtor Relief filed by John R. Morton, Jr., Esq, attorney for Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Services, with the appearance of Andrew T. Archer, Esq. on behalf of the Debtors, and this Order having been filed with the Court and served upon the Debtors and their attorney under the seven-day rule with no objections having been received as to the form or entry of the Order, and for good cause shown;

IT IS ORDERED:

1. That Wells Fargo Dealer Services ("Wells Fargo") is the holder of a first purchase money security interest encumbering a 2012 Honda Civic bearing serial number 2HGFB2F57CH571182 (hereinafter the "vehicle").

2. That the Debtors' account has post-petition arrears through May 2018 in the amount of $1,189.20.

3. That the Debtors are to cure this arrearage and bring their account current post-petition (including the June 2018 payment) by June 30, 2018 or Wells Fargo shall be entitled to stay relief and co-debtor relief as to the co-debtor Judith Chadwick by filing a certification of nonpayment and serving it upon the Debtors and their attorney.

4. That commencing July 2018, the Debtors shall make all loan payments when due, being the 17th day of each month.  In the event the Debtors fail to make any payment for a period of thirty (30) days after it falls due, Wells Fargo shall be entitled to stay relief and co-debtor relief as to the co-debtor Judith Chadwick by filing a certification of nonpayment and serving it upon the Debtors and their attorney.

5. That the Debtors shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract.  Wells Fargo Dealer Services, Inc. shall be listed as loss payee.  In the event of a lapse of insurance for any period of time without intervening coverage, Wells Fargo shall be entitled to stay relief and co-debtor relief as to the co-debtor Judith Chadwick by filing a certification of default/no insurance and serving it upon the Debtors and their attorney.

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 17-24718-JNP
Kenneth M. Butler                                                           Chapter 13
Kathleen M. Butler
            Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1              User: admin              Page 1 of 1              Date Rcvd: Jun 13, 2018
                                 Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2018.
db/jdb        +Kenneth M. Butler,   Kathleen M. Butler,   248 Nabb Ave,   Millville, NJ 08332-4930

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2018 at the address(es) listed below:
          Andrew Thomas Archer   on behalf of Joint Debtor Kathleen M. Butler aarcher@brennerlawoffice.com,
           bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
          Andrew Thomas Archer   on behalf of Debtor Kenneth M. Butler aarcher@brennerlawoffice.com,
           bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
          Brad J. Spiller   on behalf of Debtor Kenneth M. Butler bankruptcy@brennerlawoffice.com,
           aarcher@brennerlawoffice.com
          Brad J. Spiller   on behalf of Joint Debtor Kathleen M. Butler bankruptcy@brennerlawoffice.com,
           aarcher@brennerlawoffice.com
          Denise E. Carlon   on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa   ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          John R. Morton, Jr.   on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
           Services ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          Rebecca Ann Solarz   on behalf of Creditor   M&T Bank rsolarz@kmllawgroup.com
          Rebecca Ann Solarz   on behalf of Creditor   M&T BANK rsolarz@kmllawgroup.com
          Robert P. Saltzman   on behalf of Creditor   M&T Bank dnj@pbslaw.org
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 12