UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Brenner, Spiller & Archer
Andrew T. Archer, Esquire
175 Richey Avenue
West Collingswood, NJ  08107
(856) 963-5000

**Order Filed on August 28, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Kenneth M. Butler
Kathleen M. Butler

Case No.: 17-24718

Chapter: 13

Judge: JNP

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 28, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Andrew T. Archer_____, the applicant, is allowed a fee of $ _____800_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____800_____ . The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*