Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

          Case No.: 17−24718−JNP
          Chapter: 13
          Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kenneth M. Butler                                      Kathleen M. Butler
   aka Kenneth M. Butler Jr.                        248 Nabb Ave
   248 Nabb Ave                                        Millville, NJ 08332
   Millville, NJ 08332

Social Security No.:
   xxx−xx−3077                                         xxx−xx−4135

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 6/22/21 at 11:00 AM

to consider and act upon the following:

*84* − Certification in Opposition to (related document:83 Creditor's Certification of Default (related document:25 Motion for Relief from Stay re: re: 248 Nabb Avenue, Millville, NJ, 08332. Fee Amount $ 181. filed by Creditor M&T Bank, 46 Creditor's Certification of Default filed by Creditor M&T BANK, 55 Order (Generic)) filed by Denise E. Carlon on behalf of M&T Bank. Objection deadline is 05/28/2021. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor M&T Bank) filed by Andrew Thomas Archer on behalf of Kenneth M. Butler. (Archer, Andrew)

Dated: 5/27/21

                                                                     Jeanne Naughton
                                                                       Clerk, U.S. Bankruptcy Court