Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−24718−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Kenneth M. Butler<br>aka Kenneth M. Butler Jr.<br>248 Nabb Ave<br>Millville, NJ 08332 | Kathleen M. Butler<br>248 Nabb Ave<br>Millville, NJ 08332 |

Social Security No.:
  xxx−xx−3077                                              xxx−xx−4135

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:        8/5/21
Time:       02:00 PM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Andrew Thomas Archer, Debtor's Attorney, period: 1/7/2020 to 6/22/2021

COMMISSION OR FEES
Fees: $1,300.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

     ☑     will not reduce the amount to be paid to general unsecured creditors under the plan.

     ☐     will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: June 28, 2021
JAN:

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-24718-JNP |
| Kenneth M. Butler | Chapter 13 |
| Kathleen M. Butler | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 28, 2021 | Form ID: 137 | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenneth M. Butler, Kathleen M. Butler, 248 Nabb Ave, Millville, NJ 08332-4930 |
| cr | + | M&T Bank, c/o McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| cr | + | Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S, 1451 Thomas Langston Rd., Winterville, NC 28590-8872 |
| 516953789 | + | Apex Asset, 2501 Oregon Pike Ste, Lancaster, PA 17601-4890 |
| 517080450 | | Bayview Loan Servicing, LLC, Bankruptcy Department, P.O. Box 840, Buffalo, NY 14240-0840 |
| 516953795 | + | Judith Chadwick, 331 Preston Ave, Apt 2005, Voorhees, NJ 08043-1753 |
| 517237239 | + | M&T BANK, KML Law Group, P.C., 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 517071779 | + | M&T Bank, c/o McCalla Raymer Liebert Pierce, LLC, 1544 Old Albama Road, Roswell, GA 30076-2102 |
| 517071780 | | M&T Bank, PLUESE, BECKER & SALTZMAN, LLC, 20000 Horizon Way, Suite 900, Mt. Laurel, NJ 08054-4318 |
| 516953798 | + | Mpma Inc, 1138 E Chesnut Ave Ste 7, Vineland, NJ 08360-5053 |
| 517057557 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 516953803 | + | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 517470489 | + | Wells Fargo Bank, N.A., d/b/a, Wells Fargo Dealer Services, 1451 Thomas Langston Rd., Winterville, NC 28590-8872 |
| 517470490 | + | Wells Fargo Bank, N.A., d/b/a, Wells Fargo Dealer Services, Law Offices of John R. Morton, Jr., 110 Marter Ave., Suite 301, Moorestown, NJ 08057-3124 |
| 516953804 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 28 2021 20:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 28 2021 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516953790 | + | Email/Text: g20956@att.com | Jun 28 2021 20:34:00 | AT&T Mobility, PO Box 537113, Atlanta, GA 30353-7113 |
| 516953791 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 28 2021 20:36:43 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516953792 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 28 2021 20:34:00 | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 516953794 | + | Email/Text: bknotice@ercbpo.com | Jun 28 2021 20:34:00 | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 517081179 | | Email/Text: camanagement@mtb.com | Jun 28 2021 20:34:00 | M & T Bank, Po Box 840, Buffalo, NY 14240-0840 |
| 516953796 | | Email/Text: camanagement@mtb.com | Jun 28 2021 20:34:00 | M & T Bank, Po Box 844, Buffalo, NY 14240 |
| 517131451 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 28 2021 20:34:00 | MIDLAND FUNDING LLC, PO Box 2011, |

Case 17-24718-JNP    Doc 90    Filed 06/30/21    Entered 07/01/21 00:15:16    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 28, 2021 | Form ID: 137 | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| | | | | Warren, MI 48090-2011 |
| 516953797 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 28 2021 20:34:00 | | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 516953800 | + Email/PDF: bankruptcy@ncfsi.com | Jun 29 2021 10:56:55 | | New Century Financial, 110 S Jefferson Rd # 104, Whippany, NJ 07981-1038 |
| 516953801 | + Email/Text: EBN_Waco@Receivemorermp.com | Jun 28 2021 20:34:00 | | PMAB, LLC, 4135 South Stream Blvd, Suite 400, Charlotte, NC 28217-4636 |
| 517100184 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 28 2021 20:36:51 | | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 516982857 | + Email/Text: electronicbkydocs@nelnet.net | Jun 28 2021 20:34:00 | | U.S. Department of Education, C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 517070344 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 28 2021 20:36:47 | | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516953793 | *+ | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 516953799 | *+ | Mpma Inc, 1138 E Chesnut Ave Ste 7, Vineland, NJ 08360-5053 |
| 516953802 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, PO Box 283, Trenton, NJ 08602 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Thomas Archer | on behalf of Joint Debtor Kathleen M. Butler aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Andrew Thomas Archer | on behalf of Debtor Kenneth M. Butler aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Brad J. Spiller | on behalf of Debtor Kenneth M. Butler bankruptcy@brennerlawoffice.com aarcher@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com |
| Brad J. Spiller | |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 28, 2021 | Form ID: 137 | Total Noticed: 30 |

    on behalf of Joint Debtor Kathleen M. Butler bankruptcy@brennerlawoffice.com aarcher@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com

Denise E. Carlon
    on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Isabel C. Balboa
    ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

John R. Morton, Jr.
    on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Rebecca Ann Solarz
    on behalf of Creditor M&T Bank rsolarz@kmllawgroup.com

Rebecca Ann Solarz
    on behalf of Creditor M&T BANK rsolarz@kmllawgroup.com

Robert P. Saltzman
    on behalf of Creditor M&T Bank dnj@pbslaw.org

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 13