UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
M&T Bank

Order Filed on November 3, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-24718 JNP

In Re:
    Kathleen M. Butler, Kenneth M. Butler,

Debtors.

Adv. No.:

Judge: Jerrold N. Poslusny, Jr.

## CONSENT ORDER CURING POST-PETITION ARREARS

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: November 3, 2021**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Kathleen M. Butler, Kenneth M. Butler
Case No: 17-24718 JNP
Caption of Order: CONSENT ORDER CURING POST-PETITION ARREARS
_____

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, M&T BANK, holder of a mortgage on real property known as 248 Nabb Avenue, Millville, NJ, 08332, with the consent of Andrew Thomas Archer, Esq., counsel for the Debtors, Kathleen M. Butler and Kenneth M. Butler,

It is **ORDERED, ADJUDGED and DECREED** that on July 13, 2021, Secured Creditor filed a supplemental proof of claim for the payments due May 1, 2020 through October 1, 2020 totaling $7,618.56; and

It is further **ORDERED, ADJUDGED and DECREED** that the amount contained in the supplemental proof of claim shall be paid through Debtor's chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Debtor shall file a modified plan if required by the Chapter 13 Trustee.

Dated:   11/1/2021

I hereby agree and consent to the above terms and conditions:

*/s/ Denise Carlon, Esq.*
DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR

I hereby agree and consent to the above terms and conditions:                          Dated:   10/29/2021

*/s/ Andrew Archer, Esq.*
ANDREW THOMAS ARCHER, ESQ., ATTORNEY FOR DEBTOR