Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–24718–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kenneth M. Butler
aka Kenneth M. Butler Jr.
248 Nabb Ave
Millville, NJ 08332

Kathleen M. Butler
248 Nabb Ave
Millville, NJ 08332

Social Security No.:
xxx–xx–3077                                                    xxx–xx–4135

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:            February 1, 2022
Time:            11:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*105* – Certification in Opposition to (related document:103 Creditor's Certification of Default (related document:25 Motion for Relief from Stay re: re: 248 Nabb Avenue, Millville, NJ, 08332. Fee Amount $ 181. filed by Creditor M&T Bank, 46 Creditor's Certification of Default filed by Creditor M&T BANK, 83 Creditor's Certification of Default filed by Creditor M&T Bank, 95 Consent Order filed by Creditor M&T BANK) filed by Denise E. Carlon on behalf of M&T Bank. Objection deadline is 01/13/2022. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor M&T Bank) filed by Andrew Thomas Archer on behalf of Kenneth M. Butler. (Archer, Andrew)

and transact such other business as may properly come before the meeting.


Dated: January 10, 2022
JAN: kaj

Jeanne Naughton
Clerk