Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−24718−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kenneth M. Butler
aka Kenneth M. Butler Jr.
248 Nabb Ave
Millville, NJ 08332

Kathleen M. Butler
248 Nabb Ave
Millville, NJ 08332

Social Security No.:
xxx−xx−3077              xxx−xx−4135

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on March 16, 2022.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 16, 2022
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 17-24718-JNP
Kenneth M. Butler  Chapter 13
Kathleen M. Butler
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 16, 2022 | Form ID: 148 | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenneth M. Butler, Kathleen M. Butler, 248 Nabb Ave, Millville, NJ 08332-4930 |
| cr | + | M&T Bank, c/o McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 516953789 | + | Apex Asset, 2501 Oregon Pike Ste, Lancaster, PA 17601-4890 |
| 517080450 | | Bayview Loan Servicing, LLC, Bankruptcy Department, P.O. Box 840, Buffalo, NY 14240-0840 |
| 516953795 | + | Judith Chadwick, 331 Preston Ave, Apt 2005, Voorhees, NJ 08043-1753 |
| 517237239 | + | M&T BANK, KML Law Group, P.C., 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 517071779 | + | M&T Bank, c/o McCalla Raymer Liebert Pierce, LLC, 1544 Old Albama Road, Roswell, GA 30076-2102 |
| 517071780 | | M&T Bank, PLUESE, BECKER & SALTZMAN, LLC, 20000 Horizon Way, Suite 900, Mt. Laurel, NJ 08054-4318 |
| 516953798 | + | Mpma Inc, 1138 E Chesnut Ave Ste 7, Vineland, NJ 08360-5053 |
| 516953802 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, PO Box 283, Trenton, NJ 08602 |
| 517057557 | | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 517470490 | + | Wells Fargo Bank, N.A., d/b/a, Wells Fargo Dealer Services, Law Offices of John R. Morton, Jr., 110 Marter Ave., Suite 301, Moorestown, NJ 08057-3124 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 16 2022 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 16 2022 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: WFFC.COM | Mar 17 2022 00:38:00 | Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S, 1451 Thomas Langston Rd., Winterville, NC 28590-8872 |
| 516953790 | + | EDI: CINGMIDLAND.COM | Mar 17 2022 00:38:00 | AT&T Mobility, PO Box 537113, Atlanta, GA 30353-7113 |
| 516953791 | + | EDI: CAPITALONE.COM | Mar 17 2022 00:38:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516953792 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 16 2022 20:42:00 | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 516953794 | + | Email/Text: bknotice@ercbpo.com | Mar 16 2022 20:42:00 | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 517081179 | | Email/Text: camanagement@mtb.com | Mar 16 2022 20:42:00 | M & T Bank, Po Box 840, Buffalo, NY 14240-0840 |
| 516953796 | | Email/Text: camanagement@mtb.com | Mar 16 2022 20:42:00 | M & T Bank, Po Box 844, Buffalo, NY 14240 |
| 517131451 | + | EDI: MID8.COM | Mar 17 2022 00:38:00 | MIDLAND FUNDING LLC, PO Box 2011, |

Case 17-24718-JNP   Doc 113   Filed 03/18/22   Entered 03/19/22 00:14:14   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 16, 2022 | Form ID: 148 | Total Noticed: 31 |

| Recip ID | | Notice Type | | Date/Time | Recipient |
|---|---|---|---|---|---|
| | | | | | Warren, MI 48090-2011 |
| 516953797 | + | EDI: MID8.COM | | Mar 17 2022 00:38:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 516953800 | + | Email/PDF: bankruptcy@ncfsi.com | | Mar 16 2022 20:46:01 | New Century Financial, 110 S Jefferson Rd # 104, Whippany, NJ 07981-1038 |
| 516953801 | + | Email/Text: EBN_Waco@Receivemorermp.com | | Mar 16 2022 20:43:00 | PMAB, LLC, 4135 South Stream Blvd, Suite 400, Charlotte, NC 28217-4636 |
| 517100184 | | EDI: PRA.COM | | Mar 17 2022 00:38:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 516953803 | + | EDI: WTRRNBANK.COM | | Mar 17 2022 00:38:00 | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 516982857 | + | Email/Text: electronicbkydocs@nelnet.net | | Mar 16 2022 20:42:00 | U.S. Department of Education, C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 517070344 | + | EDI: AIS.COM | | Mar 17 2022 00:38:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517470489 | + | EDI: WFFC.COM | | Mar 17 2022 00:38:00 | Wells Fargo Bank, N.A., d/b/a, Wells Fargo Dealer Services, 1451 Thomas Langston Rd., Winterville, NC 28590-8872 |
| 516953804 | + | EDI: WFFC.COM | | Mar 17 2022 00:38:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516953793 | *+ | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 516953799 | *+ | Mpma Inc, 1138 E Chesnut Ave Ste 7, Vineland, NJ 08360-5053 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2022          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2022 at the address(es) listed below:

**Name**           **Email Address**

Andrew Thomas Archer
                    on behalf of Joint Debtor Kathleen M. Butler aarcher@spillerarcherlaw.com
                    bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 16, 2022 | Form ID: 148 | Total Noticed: 31 |

Andrew Thomas Archer
    on behalf of Debtor Kenneth M. Butler aarcher@spillerarcherlaw.com
    bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com

Brad J. Spiller
    on behalf of Debtor Kenneth M. Butler bankruptcy@brennerlawoffice.com
    aarcher@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com

Brad J. Spiller
    on behalf of Joint Debtor Kathleen M. Butler bankruptcy@brennerlawoffice.com
    aarcher@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com

Denise E. Carlon
    on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Isabel C. Balboa
    ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

John R. Morton, Jr.
    on behalf of Creditor Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com,
    mortoncraigecf@gmail.com

Rebecca Ann Solarz
    on behalf of Creditor M&T Bank rsolarz@kmllawgroup.com

Rebecca Ann Solarz
    on behalf of Creditor M&T BANK rsolarz@kmllawgroup.com

Robert P. Saltzman
    on behalf of Creditor M&T Bank dnj@pbslaw.org

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 13